INTRA-STATE INVESTORS CORPORATION, Respondent, *v.* NEW YORK TRUST COMPANY, Appellant.

Argued October 21, 1937; decided November 16, 1937.

*Melber Chambers* for appellant.

*Joseph K. Inness* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.